# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRA A. BUCK, II and WYDITTE L. BUCK, individually and as parents and natural guardians of R.R.B., a minor, | No. 4:19-CV-00134 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| KARAMJIT S. SEKHON and LALLY TRANSPORTATION, INC., | |
| Defendants. | |

## ORDER

**AND NOW**, this 5th day of November 2019, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File First Amended Complaint (ECF No. 14) is **GRANTED**. Plaintiffs are directed to file their First Amended Complaint by November 15, 2019.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge